UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60016-TP-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

DEAN LUCAS,

    Defendant.
_____/

## MOTION TO SET CONDITIONS OF RELEASE
## PENDING FINAL SUPERVISED RELEASE HEARING

    COMES NOW the undersigned counsel who hereby files this motion on behalf of the Defendant requesting that conditions of release be set pending a final supervised release hearing in the above referenced cause and in support thereof would show as follows:

1.     The Defendant originally entered pleas of guilty of Conspiracy to Defraud the United States and Mail Fraud in the Southern District of New York.

2.     Jurisdiction was transferred to the Southern District of Florida by Orders dated April 13, 2017, and May 11, 2017. The Defendant would respectfully request that conditions be set pending a final supervised release hearing and would ask the court to consider the following:

3.     After pleading guilty, the Defendant was sentenced to a 60 month period of imprisonment concurrent with a 121 month imprisonment in the Bureau of Prisons. The Defendant was then placed on Supervised Release.

4.     The Defendant had approximately 8 months left on Supervised Release.

U.S.A. v. Lucas, Dean
Case No.: 17-60016-TP-DIMITROUEAS

5. Following the Defendant's sentencing in the Southern District of New York, he was permitted to voluntarily surrender to his designated prison facility.

6. The Defendant always appeared in Court when necessary, and is neither a flight risk nor a danger.

7. The Defendant appeared regularly at his probation officer's office whenever requested and wherever required.

8. The Defendant was recently contacted and requested to appear at his probation office at which time he was taken into custody.

9. The Defendant is married to Jayne B. Lucas and their current residence is 1961 Windward, Lauderdale By The Sea, Florida 33062. The Defendant and his wife moved into that residence on May 1, 2017.

10. Prior to that, the Defendant resided at various residences within Broward County and has substantial ties to the Broward County area.

11. The Defendant has two children, Wayne Lucas and Paige Lucas, both adult children.

12. The Defendant's wife has worked in the real estate industry for the past 20 years and has one child of her own from a previous marriage.

13. The Defendant has known at least since the beginning of April 2017, that there was the possibility of a potential violation. The Defendant's former and now retired probation officer, Ann Roman, had questioned the Defendant regarding certain documentation and sources of income and indicated to him that there was the possibility of a violation of supervised release.

U.S.A. v. Lucas, Dean
Case No.: 17-60016-TP-DIMITROUEAS

14. The Defendant attempted to comply with all requests from his probation officer, had every opportunity to leave the jurisdiction, but continued to do whatever was required and asked of him.

15. If released, the Defendant will have gainful employment working full-time for Bailey Engineering, 10620 Griffin Road, Suite 202, in Cooper City, Florida. Attached and incorporated by reference hereto is a letter from the owner of Bailey Engineering attesting to the fact that the Defendant would have full-time employment.

16. The Defendant is asking this Court to exercise its discretion and set conditions of release permitting the Defendant to continue to work while the above referenced case is pending.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by electronic transmission via CM/ECF, to Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394, this 24th day of May, 2017.

Respectfully submitted,

LAW OFFICES OF SALNICK & FUCHS, P.A.
1645 Palm Beach Lakes Boulevard
Suite 1000 (10th Floor)
West Palm Beach, Florida 33401-5014
Telephone: (561) 471-1000
Facsimile: (561) 659-0793

*/s/ Michael Salnick*
MICHAEL SALNICK, Fla. Bar #270962

**EMPLOYMENT LETTER**



May 22nd, 2017

Mr. Dean Lucas
1961 Windward Drive
Pompano Beach, Jupiter, FL 33062

Dear Mr. Lucas,

The following confirms our conversation on Saturday May 20th, 2017 regarding employment with Bailey Engineering Consultants, Inc. This offer is for $640/week. As you are not an hourly employee you will not receive overtime pay.

As we discussed, your duties will include managing field related personnel and their time to insure company profitability. Pay increases will be directly tied to profit performance.

Your signature below confirms your acceptance of our offer and your understanding of the terms and conditions outlined herein and discussed with you. Your anticipated start date will be June 5th, 2017. Should you agree with the terms and conditions outlined herein, please sign below and return one copy to my attention.

Congratulations.

Sincerely,

Stephen E. Bailey, P.E.


ACCEPTED:_____DATE:_____

DL052216 OFFER LETTER