UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-60016-TP-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

DEAN LUCAS,

    Defendant.
_____/

## NOTICE OF STRIKING DOCKET ENTRY 5

COMES NOW the Defendant, DEAN LUCAS, by and through his undersigned counsel, and hereby files this notice of striking docket entry 5 will be filed with regard to the above-captioned matter:

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by electronic transmission via CM/ECF, to Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida  33394, this 25th day of May, 2017.

Respectfully submitted,

LAW OFFICES OF SALNICK & FUCHS, P.A.
1645 Palm Beach Lakes Boulevard
Suite 1000 (10th Floor)
West Palm Beach, Florida 33401-5014
Telephone: (561) 471-1000
Facsimile:  (561) 659-0793

*/s/ Michael Salnick*_____
MICHAEL SALNICK, Fla. Bar #270962