UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60016-TP-DIMITROULEAS

UNITED STATES OF AMERICA
VS.

DEAN LUCAS

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

Marshal # 47201-004

THIS CAUSE came before the Court on the 14th day of June, 2017 for final hearing for the revocation of the defendant's Supervised Release.

On the 6th day of November, 2006, the defendant was sentenced in the District of New York, to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. The term of supervised release was transferred to the Southern District of Florida.

It appearing to the Court that the defendant has violated the terms and conditions of his Supervised Release. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Twenty Four (24) Months**. No further conditions of supervised release are imposed. The Court recommends designation to a facility in south Florida.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 14th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Scott Behnke, AUSA
    Michael Salnick, Esq.
    U.S. Probation
    U.S. Marshal