UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17- 60016-TP-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEAN LUCAS,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Defendant's *pro se* July 21, 2017 Motion for Judicial Recommendation [DE-15]. The Court, in another case, previously has received a December 15, 2015 response from the Government [DE-411 in 12-20386CR]. The Court agreed with the Government's response.[1] The Motion [DE-15] is Denied.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 7th day of August, 2017

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Dean Lucas
47201-004
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

---

[1] The Bureau of Prisons is in the best position to determine the length of RRC placement.